IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
**FEINBERG DAY KRAMER ALBERTI**
**LIM TONKOVICH & BELLOLI LLP**
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650.825.4300

*Attorneys for Defendant/Counterclaimant*
BioCardia, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. AND FORTIS ADVISORS LLC,<br><br>        Plaintiffs,<br>  v.<br>BIOCARDIA, INC.,<br><br>        Defendant. | CASE NO.  3:19-05645-VC<br><br>**BIOCARDIA, INC.'S STATEMENT OF NON-OPPOSITION TO COUNTERDEFENDANT SURBHI SARNA'S MOTION TO STRIKE PORTIONS OF BIOCARDIA, INC.'S AMENDED COUNTERCLAIM**<br><br>Date:  March 19, 2020<br>Time:  10:00 a.m.<br>Crtrm: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |
| BIOCARDIA, INC.,<br><br>        Counterclaimant,<br>  v.<br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., FORTIS ADVISORS LLC, AND SURBHI SARNA,<br><br>        Counterdefendants. | |

2

Defendant and Counterclaimant BioCardia, Inc. ("BioCardia"), by and through its counsel, hereby submit this Statement of Non-Opposition to the Motion to Strike Certain Portions of BioCardia's Amended Counterclaim of movant Surbhi Sarna ("Sarna") (Dkt. 48}.

| | |
|---|---|
| Dated: February 5, 2020 | FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP |
| | By: /s/ *Ian N. Feinberg* |
| | Ian N. Feinberg |