ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
JESSICA N. LEAL (SBN 267232)
jleal@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Counterdefendant Surbhi Sarna and Plaintiff/Counterdefendant Fortis Advisors LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. AND FORTIS ADVISORS LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BIOCARDIA, INC.,<br><br>　　　　Defendant<br>―――――――――――――――――<br>BIOCARDIA, INC.,<br><br>　　　　Counterclaimant<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. AND FORTIS ADVISORS LLC AND SURBHI SARNA,<br><br>　　　　Counterdefendants | No. 3:19-cv-05645-VC<br><br>**MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(Civ. L.R. 7-11 and 11-5)** |

PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Fortis Advisors LLC ("Fortis") has retained Freitas & Weinberg LLP to substitute as counsel for Faegre Drinker Biddle & Reath LLP in the above-captioned matter. Faegre Drinker Biddle & Reath LLP will continue to represent Plaintiffs and Counterdefendants Boston Scientific Corporation and Boston Corporation Scimed, Inc. in the above-captioned matter.

Withdrawing counsel for Fortis are:

>David J.F. Gross
>Faegre Drinker Biddle & Reath LLP
>1950 University Ave, Suite 450
>East Palo Alto, CA 94303
>Phone: (650) 324-6700
>Fax: (650) 324-6701
>Email: david.gross@faegredrinker.com
>
>Nick P. Chan
>Faegre Drinker Biddle & Reath LLP
>1950 University Ave, Suite 450
>East Palo Alto, CA 94303
>Phone: (650) 324-6700
>Fax: (650) 324-6701
>Email: nick.chan@faegredrinker.com
>
>Timothy E. Grimsrud
>Faegre Drinker Biddle & Reath LLP
>2200 Wells Fargo Center
>90 South 7th Street
>Minneapolis, MN 55402
>Phone: (612) 766-7000
>Fax: (612) 766-1600
>Email: tim.grimsrud@faegredrinker.com
>
>Kevin P. Wagner
>Faegre Drinker Biddle & Reath LLP
>2200 Wells Fargo Center
>90 South 7th Street
>Minneapolis, MN 55402
>Phone: (612) 766-7000
>Fax: (612) 766-1600
>Email: kevin.wagner@faegredrinker.com

      Lauren J.F. Barta
      Faegre Drinker Biddle & Reath LLP
      2200 Wells Fargo Center
      90 South 7th Street
      Minneapolis, MN 55402
      Phone: (612) 766-7000
      Fax: (612) 766-1600
      Email: lauren.barta@faegredrinker.com

      Andrea I. Savageau
      Faegre Drinker Biddle & Reath LLP
      2200 Wells Fargo Center
      90 South 7th Street
      Minneapolis, MN 55402
      Phone: (612) 766-7000
      Fax: (612) 766-1600
      Email: andrea.savagaeu@faegredrinker.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Fortis:

      Robert E. Freitas
      Freitas & Weinberg LLP
      350 Marine Parkway, Suite 200
      Redwood Shores, CA 94065
      Phone: (650) 593-6300
      Fax: (650) 593-6301
      Email: rfreitas@fawlaw.com

      Jessica N. Leal
      Freitas & Weinberg LLP
      350 Marine Parkway, Suite 200
      Redwood Shores, CA 94065
      Phone: (650) 593-6300
      Fax: (650) 593-6301
      Email: jleal@fawlaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

| | |
|---|---|
| Dated:  May 22, 2020 | FAEGRE BAKER DANIELS LLP |
| | |
| | /s/Timothy E. Grimsrud |
| | Timothy E. Grimsrud |
| | Attorneys for Plaintiffs and Counterdefendants |
| | Boston Scientific Corporation, and Boston Scientific Scimed, Inc. |
| | |
| Dated: May 22, 2020 | ROBERT E. FREITAS |
| | JESSICA N. LEAL |
| | FREITAS & WEINBERG LLP |
| | |
| | /s/Jessica N. Leal |
| | Jessica N. Leal |
| | Attorneys for Counterdefendant Surbhi Sarna and Plaintiff/Counterdefendant Fortis Advisors LLC |

## ATTESTATATION

I hereby attest that I have received consent corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: May 22, 2020    /s/Jessica N. Leal
  Jessica N. Leal

## ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED. The Court's ECF system shall be updated to reflect these changes.

DATED: _____, 2020                    _____
                                                HON. VINCE CHHABRIA
                                                UNITED STATES DISTRICT JUDGE