Ian N. Feinberg (SBN 88324)
ifeinberg@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas Martini (SBN 237687)
nmartini@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Blvd, Suite 250
Burlingame, CA. 94010
Tele: 650 825-4300
Fax: 650 460-8443

*Attorneys for Defendant BioCardia, Inc.*

David J.F. Gross (SB# 290951)
Nick P. Chan (SB# 286925)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
david.gross@FaegreDrinker.com
nick.chan@FaegreDrinker.com

*Attorneys for Plaintiffs Boston Scientific
Corporation
and Boston Scientific Scimed, Inc.*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, BOSTON SCIENTIFIC SCIMED, INC., a Minnesota Corporation, and FORTIS ADVISORS LLC, as Securityholder Representative for the Former Securityholders of nVision Medical Corporation, a Delaware Corporation,<br><br>                    Plaintiffs,<br>          vs.<br><br>BIOCARDIA, INC., a Delaware Corporation<br><br>                    Defendant. | Case No.:  3:19-cv-05645-VC<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT**<br><br>**JURY TRIAL DEMANDED**<br><br>Hon. Vince Chhabria<br>July 8, 2020<br>10:00 am<br>Courtroom 4<br>17th Floor |
| BIOCARDIA, INC.,<br><br>                    Counterclaimant,<br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., FORTIS ADVISORS LLC, AND SURBHI SARNA,<br><br>                    Counterdefendants. | |

1    Pursuant to Civil Local Rule 16-10(d), the plaintiffs and counterdefendants Boston

2  Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "Boston Scientific"), the

3  plaintiff and counterdefendant Fortis Advisors, LLC ("Fortis"), the defendant and counterclaimant

4  Biocardia, Inc. ("BioCardia"), and the counterdefendant Surbhi Sarna submit this Joint Case

5  Management Statement in anticipation of the Case Management Conference scheduled for July 8,

6  2020 to report the progress that has been made since the parties' last Case Management Statement

7  was filed and to make proposals for the remainder of the case development process.

8  **1.    Overall Case Status**

9    On May 8, 2020 the Court issued an order tolling all deadlines in the scheduling order until

10  the case management conference on July 8, 2020.  The parties have nevertheless completed an

11  initial mediation and have continued to make progress on discovery, though discovery efforts have

12  been hampered by the COVID-19 pandemic, which has impacted a number of aspects of this case,

13  including the taking of depositions.  In addition, there are a number of important motions pending,

14  as outlined below, that will impact the scope of discovery and overall case management.  Among

15  the pending motions is BioCardia's motion to consolidate this case with Case No. 3:20-cv-02829

16  ("the nVision Case").  The counterdefendants oppose BioCardia's motion to consolidate, at least

17  until resolution of whether BioCardia's suit against the nineteen former nVision Medical

18  Corporation ("nVision") shareholders will proceed.

19  **2.    Pending Motions**

20    A number of motions have been fully briefed and remain pending for resolution by the

21  Court, including:

22    a)  Ms. Sarna's Opposed Motion to Dismiss BioCardia, Inc.'s Amended Counterclaim

23      (Dkt. 47, 54, 55, 58);

24    b)  Ms. Sarna's Unopposed Motion to Strike Portions of BioCardia, Inc.'s Amended

25      Counterclaim (Dkt. 48, 56);

26    c)  BioCardia's Opposed Motion to Amend Scheduling Order and For Leave to File

27      Second Amended Answer to Complaint and Counterclaims (Dkt. 60, 62, 63, 67, 68);

28    d)  Faegre Drinker Biddle & Reath LLP's Unopposed Motion for Order Permitting

      Withdrawal and Substitution of Counsel for Fortis (Dkt. 75); and

2

e)   Scheduled for hearing July 16 ,2020: BioCardia's Opposed Motion to Consolidate and Set Schedule for Consolidated Cases (Dkt. 76 and 78-81).

f)   Scheduled for hearing July 16, 2010: EXXclaim Capital Partners I, LP's Motion to Dismiss, or in the Alternative, to Strike Portions of BioCardia, Inc.'s First Amended Complaint (Case No. 3:20-cv-02829, Dkt. 43, 49, 53).

3.   **Discovery**

The parties have served and answered written discovery requests and have begun producing documents.  The parties are engaged in ongoing discussions regarding the sufficiency of the discovery responses and document productions that have occurred thus far, but there are no current discovery disputes that are ripe for resolution by the Court.

When the COVID-19 pandemic hit, the parties were less than a week away from the deposition of Dr. Peter Altman and were in the process of scheduling the deposition of Ms. Surbhi Sarna to occur a few weeks later.  These two depositions are likely to be the two most important depositions in the case, and the parties agree that they would prefer to take these depositions in person.  Therefore, these depositions have not yet occurred.  The parties do agree that, given the current circumstances, some or all of the other depositions in this case may need to occur remotely. No depositions have yet occurred, but the parties anticipate working cooperatively to schedule all necessary depositions in the coming months as discovery continues to progress.

4.   **Scheduling**

The parties propose the following dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial:

| | |
|---|---|
| Fact Discovery Cutoff | Friday, February 26, 2021 |
| Opening Expert Reports for Party with Burden of Proof | Thursday, March 25, 2021 |
| Opposing Expert Reports | Thursday, May 6, 2021 |
| Reply Expert Reports | Thursday, May 27, 2021 |
| Expert Discovery Cutoff | Thursday, June 24, 2021 |
| Hearing of Dispositive Motions | Thursday, October 21, 2021 |

3

|  |  |
|---|---|
| Pretrial Conference | Monday, January 17, 2022 |
| First Day of Trial | Monday, February 14, 2022 |

BioCardia and nVision propose the same schedule in the nVision Case.

The parties recognize that their proposed trial date is beyond the date typically scheduled, but seek their proposed trial date due to some unusual circumstances surrounding this filing.  First, this case is related to the nVision Case, and BioCardia has a pending opposed motion to consolidate this case with the nVision Case.  There are unresolved issues involving how the claims in the two separate cases can be combined with BioCardia's differing allegations regarding the relationship between Boston Scientific Corporation and nVision Medical Corporation.  There are a number of other motions also pending, as noted above, which will affect the scope of discovery, including Ms. Sarna's Motion to Dismiss (Dkt. 47, 54, 55, 58);) and BioCardia's Motion for Leave to Amend (Dkt. 60, 62, 63, 67, 68).

Second, the COVID-19 pandemic is expected to continue to hamper the parties' ability to take discovery, including depositions which all parties agree should be done in person in this case. The parties are prepared to move ahead with some remote depositions, but jointly prefer to take certain key depositions in person.

Third, whether or not this case is consolidated with the nVision Case, the parties agree that discovery will be used in both cases.  The parties also agree to work together to minimize the number of times individual witnesses may need to sit for deposition, though given the number of defendants who may be interested in asking questions of BioCardia witnesses, some BioCardia witnesses may need to sit for multiple depositions and/or depositions that last for more than the typical 7 hours.

Fourth, as the pending motions indicate, this is a complex case involving patent, trade secret, and breach of contract issues, as well as other novel issues of law, and discovery requires coordination between multiple parties.

**5.** **<u>Settlement and ADR</u>**

The parties held a mediation before Judge Edward Infante, Retired, of JAMS on January 21, 2020.  The parties have continued to discuss settlement both directly and through Judge Infante,

4

1  with the last settlement discussions through Judge Infante taking place in May 2020, after the

2  complaint in the nVision Case had been filed.  The parties agree that their ADR obligations have

3  already been satisfied and that no further formal mediation is likely to be productive at this time.

4  The parties anticipate that there will be further efforts at settlement as this and the nVision Case

5  progress.

6

7

8

9  Dated:  July 1, 2020                          **FAEGRE DRINKER BIDDLE & REATH LLP**

10                                               By:    */s/Kevin P. Wagner*

11                                               _____
                                                 David J.F. Gross (SB# 290951)
                                                 Nick P. Chan (SB# 286925)

12                                               FAEGRE DRINKER BIDDLE & REATH LLP
                                                 1950 University Avenue, Suite 450

13                                               East Palo Alto, CA 94303
                                                 Telephone: (650) 324-6700

14                                               Fax: (650) 324-6701

15                                               david.gross@FaegreDrinker.com
                                                 nick.chan@FaegreDrinker.com

16
                                                 Timothy E. Grimsrud (*pro hac vice*)
17                                               Kevin P. Wagner (*pro hac vice*)

18                                               Lauren J.F. Barta (*pro hac vice*)
                                                 Andrea I. Savageau (*pro hac vice*)

19                                               FAEGRE DRINKER BIDDLE & REATH LLP
                                                 2200 Wells Fargo Center

20                                               90 South 7th Street
                                                 Minneapolis, MN 55402

21                                               Telephone: (612) 766-8800
                                                 Fax: (612) 766-1600

22                                               tim.grimsrud@FaegreDrinker.com

23                                               kevin.wagner@FaegreDrinker.com
                                                 lauren.barta@FaegreDrinker.com

24                                               andrea.savagaeu@FaegreDrinker.com

25                                               *Attorneys for Plaintiffs Boston Scientific Corporation,*
                                                 *and Boston Scientific Scimed, Inc.*
26

27

28

No. 3:19-cv-05645-VC                                                    SECOND JOINT CASE MANAGEMENT
                                                                                             STATEMENT

1  Dated:  July 1, 2020

2

**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**

3  By:   */s/ Ian N. Feinberg*

4  Ian N. Feinberg (SB# 88324)
   FEINBERG DAY KRAMER ALBERTI LIM
5  TONKOVICH & BELLOLI LLP
   577 Airport Blvd, Suite 250
6  Burlingame, CA. 94010
   Tele: 650 825-4300
7  Fax: 650 460-8443
   ifeinberg@feinday.com
8

9  *Attorneys for Defendant BioCardia, Inc.*

10  Dated:  July 1, 2020

**FREITAS & WEINBERG LLP**

11  By:   */s/ Jessica N. Leal*

12  Robert E. Freitas (SBN 80948)
    rfreitas@fawlaw.com
13  Jessica N. Leal (SBN 267232)
    jleal@fawlaw.com
14  350 Marine Parkway, Suite 200
    Redwood Shores, CA 94065
15  Telephone: (650) 593-6300
    Facsimile: (650) 593-6301
16

17  *Attorneys for Counterdefendant Surbhi Sarna and for Plaintiff Fortis Advisors LLC*

18

19  **<u>SIGNATURE ATTESTATION</u>**

20       Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose

21  behalf the filing is submitted, concur in this document's content and have authorized the filing of

22  this document with the use of their electronic signature.

23  July 1, 2020                                    */s/ Ian N. Feinberg*

24

25

26

27

28

6

SECOND JOINT CASE MANAGEMENT
                                                                STATEMENT