David J.F. Gross (SB# 290951)
Nick P. Chan (SB# 286925)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
david.gross@FaegreDrinker.com
nick.chan@FaegreDrinker.com

***Attorneys for Plaintiffs Boston Scientific
Corporation and Boston Scientific Scimed, Inc.***

[additional counsel listed on signature page]

Robert E. Freitas (SBN 80948)
rfreitas@fawlaw.com
Jessica N. Leal (SBN 267232)
jleal@fawlaw.com
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

***Attorneys for Plaintiff Fortis Advisors LLC
and Counterdefendant Surbhi Sarna***

Ian N. Feinberg (SBN 88324)
Ifeinberg@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas Martini (SBN 237687)
nmartini@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Blvd. Suite 250
Burlingame, CA 94010
Telephone: (650) 825-4300

***Attorneys for Defendant BioCardia, Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, BOSTON SCIENTIFIC SCIMED, INC., a Minnesota Corporation, and FORTIS ADVISORS LLC, as Securityholder Representative for the Former Securityholders of nVision Medical Corporation, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOCARDIA, INC., a Delaware Corporation<br><br>Defendant. | Case No.:  3:19-cv-05645-VC<br><br>(Related Case No.  3:20-cv-02829-VC)<br><br>**JOINT REPORT REGARDING ADR**<br><br>Hon. Vince Chhabria<br><br>**JURY TRIAL DEMANDED** |

1

BIOCARDIA, INC.,

                          Counterclaimant,

vs.

BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC SCIMED, INC.,
FORTIS ADVISORS LLC, AND SURBHI
SARNA,

                          Counterdefendants.

Pursuant to the Court's General Order for Pending Civil Cases (Dkt. 97) dated July 29, 2020, BioCardia, Inc. ("BioCardia"), Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "Boston Scientific"), Fortis Advisors LLC ("Fortis"), and Surbhi Sarna submit the following Joint Report Regarding ADR.

## I.      STATUS OF CASE

The parties appeared before the Court on July 16, 2020 and July 23, 2020 for a combined joint status conference and hearing on the motions then pending in the matters of *Boston Scientific Corporation, et al. v. BioCardia, Inc*., 3:19-05645; *BioCardia, Inc. v. nVision Medical Corporation*, 3:20-cv-02829 ("BioCardia Matters").

Following the hearing, as to this case, the Court granted Surbhi Sarna's motion to dismiss BioCardia's amended counterclaims as to Count I, but denied as to Counts II and III, and granted Surbhi Sarna's unopposed motion to strike.  (Dkt. 95 at 1.)  The Court granted BioCardia's motion to amend its answer and counterclaims "to include the additional trade secrets identified in that motion."  (*Id.*)  The Court stated that "[l]eave to file an amended answer and counterclaims in the first lawsuit is limited to the two matters just discussed: bolstering the allegations regarding correction of inventorship and including allegations regarding the additional trade secrets.  No additional parties, claims, or allegations may be inserted."  (*Id.* at 2.)  The Court denied BioCardia's motion to consolidate the BioCardia Matters without prejudice until the pleadings are settled in the BioCardia Matters.  (*Id.*)  The Court also stayed discovery in the BioCardia Matters until the pleadings are settled.  (*Id.*)

BioCardia filed a Second Amended Answer and Counterclaims on August 20, 2020. (Dkt. 99.)  Responses to BioCardia's Second Amended Answer and Counterclaims are currently due on September 3, 2020.

## II.      STATUS OF SETTLEMENT DISCUSSIONS AND ADR

Pursuant to the Court's General Order for Pending Civil Cases (Dkt. 97), on August 14, 2020, the parties met and conferred to discuss the potential for case resolution and to discuss whether it would be productive to schedule another formal mediation at this time.

After meeting and conferring, the parties agree that settlement discussions are not likely to be productive at this time.  The parties conducted private mediation in January 2020 before the Honorable Magistrate Judge Edward A. Infante (Retired), but the mediation ended with the parties at an impasse.  The parties held subsequent settlement discussions, but those too were not productive.  During the parties' meet and confer under General Order for Pending Civil Cases (Dkt. 97), it was clear that the parties are still at an impasse.  Accordingly, while the parties remain open to additional settlement discussions and/or mediation at a later date, the parties do not believe that such discussions would be productive at this time.  The parties also respectfully submit that they do not currently require assistance from a magistrate judge or the Court's ADR program.

## III.     CERTIFICATION OF COUNSEL

Counsel for Boston Scientific, BioCardia, Fortis, and Surbhi Sarna herein certify that they provided the Court's General Order for Pending Civil Cases (Dkt. 97) dated July 29, 2020 to their respective clients.

Dated:  August 26, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/Timothy E. Grimsrud*

David J.F. Gross (SB# 290951)
Nick P. Chan (SB# 286925)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
david.gross@FaegreDrinker.com
nick.chan@FaegreDrinker.com

Timothy E. Grimsrud (*pro hac vice*)
Kevin P. Wagner (*pro hac vice*)
Lauren J.F. Barta (*pro hac vice*)
Andrea I. Savageau (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-8800
Fax: (612) 766-1600
tim.grimsrud@FaegreDrinker.com
kevin.wagner@FaegreDrinker.com
lauren.barta@FaegreDrinker.com
andrea.savagaeu@FaegreDrinker.com
***Attorneys for Plaintiffs Boston Scientific Corporation,
and Boston Scientific Scimed, Inc.***

Dated:  August 26, 2020

**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**

By:     */s/Ian N. Feinberg*

Ian N. Feinberg (SBN 88324)
M. Elizabeth Day (SBN 177125)
Marc Belloli (SBN 244290)
Nicholas Martini (SBN 237687)
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Telephone: (650) 618-4360
Fax: (650) 618-4368
ifeinberg@feinday.com
eday@feinday.com
mbelloli@feinday.com
nmartini@feinday.com
***Attorneys for Defendant BioCardia, Inc.***

**FREITAS & WEINBERG LLP**

Dated: August 26, 2020

By:     */s/ Jessica N. Leal*

Robert E. Freitas (SBN 80948)
rfreitas@fawlaw.com
Jessica N. Leal (SBN 267232)
jleal@fawlaw.com
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

***Attorneys for Plaintiff Fortis Advisors LLC and Counterdefendant Surbhi Sarna***

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Timothy E. Grimsrud*
_____