David J.F. Gross (SB# 290951)
Nick P. Chan (SB# 286925)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
david.gross@faegredrinker.com
nick.chan@faegredrinker.com

Timothy E. Grimsrud (*pro hac vice*)
Kevin P. Wagner (*pro hac vice*)
Lauren J.F. Barta (*pro hac vice*)
Andrea I. Savageau (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
tim.grimsrud@faegredrinker.com
kevin.wagner@faegredrinker.com
lauren.barta@faegredrinker.com
andrea.savageau@faegredrinker.com

***Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.***

Robert E. Freitas (SBN 80948)
rfreitas@fawlaw.com
Jessica N. Leal (SBN 267232)
jleal@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

***Attorneys for Counterdefendant Surbhi Sarna and for Plaintiff Fortis Advisors, LLC***

Ian N. Feinberg (SBN 88324)
Ifeinberg@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas Martini (SBN 237687)
nmartini@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP
577 Airport Blvd. Suite 250
Burlingame, CA 94010
Telephone: (650) 825-4300

***Attorneys for Defendant BioCardia, Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., AND FORTIS ADVISORS LLC,,<br><br>           Plaintiffs,<br><br>    v.<br><br>BIOCARDIA, INC.,<br><br>           Defendant. | Case No. 3:19-CV-05645-VC<br><br>(Related Case No. 3:20-cv-02829-VC)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO BIOCARDIA'S SECOND AMENDED ANSWER AND COUNTERCLAIMS<br><br><br>District Judge:  Hon. Vince Chhabria |

BIOCARDIA, INC.,

    Counterclaimant,

v.

BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. FORTIS ADVISORS LLC, AND SURBHI SARNA,

Counterdefendants.

    Having read and considered papers submitted in support of Boston Scientific Corporation, Boston Scientific Scimed, Inc., Fortis Advisors LLC, Surbhi Sarna, and BioCardia, Inc.'s Joint Motion for Extension of Deadlines to Respond to BioCardia's Second Amended Answer and Counterclaims, and good cause showing:

    IT IS HEREBY ORDERED the joint motion is granted and that the revised deadlines for submissions are as follows:

- Motions and briefs filed by Boston Scientific Corporation, Boston Scientific Scimed, Inc., Fortis Advisors LLC, and Surbhi Sarna in response to BioCardia's Second Amended Answer and Counterclaims: **September 24, 2020**

- Responsive briefs filed by BioCardia, Inc.: **October 26, 2020 (noon)**

- Reply briefs filed by Boston Scientific Corporation, Boston Scientific Scimed, Inc., Fortis Advisors LLC, and Surbhi Sarna: **November 12, 2020**

- Hearing on motions:   December 3, 2020

Dated:   September 8, 2020

                                            APPROVED

                                        Hon. _____
                                        United States District Judge
                                        Judge Vince Chhabria